IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HAROLD E. BENNETT**                                                                                   **PLAINTIFF**

V.                                          NO. 3:05CV00162 WRW

**THE JONESBORO SUN, ET AL**                                                               **DEFENDANTS**

## JUDGMENT

Based on an order entered this date, this case is DISMISSED.

IT IS SO ORDERED this 11th day of August, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE